# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| RAMONDRIA JALONE JOHNSON, JR., | * |
| Plaintiff, | *  CIVIL ACTION NO.: 2:22-cv-89 |
| v. | * |
| SHERIFF NEAL JUMP, et al., | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 19. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES**: Plaintiff's claims against Defendants Jump, Young, Ferra, Juran, Johnson, Dr. of Facility, and Gritt; Plaintiff's claims under the Fourth, Ninth, and Thirteenth Amendments; and Plaintiff's deliberate indifference to a serious medical need claim. Plaintiff's claims against Defendants Horns, Bonds, and Nurse

Montanez remain pending. Id.; Dkt. Nos. 21, 24.

**SO ORDERED**, this ___7___ day of ___August___, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)