IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| RAMONDRIA JALONE JOHNSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> OFFICER JACOB HORNE, OFFICER NEAH BONDS, and CAMILLE MONTANEZ, <br><br> Defendants. | CIVIL ACTION NO.: 2:22-cv-89 |

## O R D E R

Defendants Bonds and Montanez filed a Motion to Stay.  Doc. 31.  Plaintiff has not responded to these Defendants' Motion, and the time to do so has expired, indicating there is no opposition.  Local R. 7.5 ("Failure to respond within the applicable time period shall indicate . . . there is no opposition to the motion.").  Thus, the Court **GRANTS** Defendants' unopposed Motion and **STAYS** the proceedings in this case, including discovery, pending resolution of Defendants' dispositive motions.[1]  Should this case remain pending after resolution of the dispositive motions, this stay shall lift automatically and the Clerk of Court is to issue a scheduling notice.

**SO ORDERED**, this 2nd day of October, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Although Defendant Horne has not moved for a stay, he has moved for the dismissal of Plaintiff's claims against him on the same basis Defendants Bonds and Montanez move for dismissal.  Thus, the stay applies to all parties.