AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAMONDRIA JALONE JOHNSON, JR.,

    Plaintiff,

V.

OFFICER JACOB HORNE, OFFICER NEAH BONDS, and CAMILLE MONTANEZ,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-CV-89

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order entered August 21, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Accordingly, Plaintiff's complaint is dismissed without prejudice, and Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA

Date: August 22, 2024



John E. Triplett
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03